# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Elgin Piner and Jerry Dingus,** Individually and on behalf of other members of the general public similarly situated, | Case No. 2:17-cv-902-EAS-KAJ |
| Plaintiffs, | Judge Edmund A. Sargus |
| v. | Magistrate Judge Kimberly A. Jolson |
| **FreedomRoads, LLC, Camping World, Inc., and Sirpilla RV Centers, LLC,** | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, and without costs to either party unless otherwise agreed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 27, 2019    Respectfully submitted,

*s/ John H. Lassetter*
Andrew J. Voss (admitted *pro hac vice*)
John H. Lassetter (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN  55402
Telephone: 612.630.1000

|  |  |
|---|---|
|  | Michael T. Short (0069409)<br>LITTLER MENDELSON, P.C.<br>21 East State Street<br>16th Floor<br>Columbus, OH  43215<br>Telephone: 614.463.4201<br>Facsimile: 614.221.3301<br><br>Attorneys for Defendants<br>FREEDOMROADS, LLC, CAMPING WORLD, INC., AND SIRPILLA RV CENTERS, LLC |
| Date:  August 27, 2019 |  |
|  | *s/ Matthew J.P. Coffman*<br>Matthew J.P. Coffman (Ohio Bar No. 0085586)<br>COFFMAN LEGAL, LLC<br>1550 Old Henderson Road, Suite 126<br>Columbus, OH  43220<br>Telephone: (614) 949-1181<br>Facsimile: (614) 386-9964 |
| Date:  August 27, 2019 |  |
|  | *s/ Daniell Bryant*<br>Daniell. Bryant (Ohio Bar No. 0090859)<br>BRYANT LEGAL, LLC<br>1550 Old Henderson Road, Suite 126<br>Columbus, Ohio 43220<br>Telephone: (614) 704-0546<br>Facsimile: (614) 573-9826 |
| Date:  August 27, 2019 |  |
|  | *s/ Robert E. DeRose*<br>Robert E. DeRose (Ohio Bar No. 0055214)<br>BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP<br>250 East Broad Street<br>10th Floor<br>Columbus, OH 43215<br>Telephone: (614) 221-4221<br>Facsimile: (614) 744-2300<br><br>Attorneys for Plaintiffs |

FIRMWIDE:166250026.1 064774.1138