UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELGIN PINER, *et al.*,

      Plaintiffs,

                           Case No. 2:17-cv-902
    v.                    CHIEF JUDGE EDMUND A. SARGUS, JR.
                           Magistrate Judge Kimberly A. Jolson

FREEDOMROADS, LLC, *et al.*,

      Defendants.

## ORDER

On August 27, 2019, the parties jointly filed a *Stipulation of Dismissal*. (ECF No. 33.)

Therefore, the Court **DISMISSES with PREJUDICE** this action. The Court **DIRECTS** the

Clerk to enter judgment accordingly.

    **IT IS SO ORDERED.**


    9-3-2019
_____         _____
DATE                            EDMUND A. SARGUS, JR.
                                CHIEF UNITED STATES DISTRICT JUDGE